JOHN OLENICK, RESPONDENT, v. STANDARD OIL COMPANY, APPELLANT.

Submitted February 13, 1931—Decided October 19, 1931.

For the respondent, *Egan & Armstrong.*

For the appellant, *Heine & Laird.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.